**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR ZUNIGA, | ) | CASE NO. CV 08-08048 GW (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of CESAR ZUNIGA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as untimely.

DATED: April 24, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE